```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

PEDRO TEMICH,                        :    NO. 3:11CV00958(DJS)
     Plaintiff,                      :
                                     :
vs.                                  :
                                     :
EVAN COSSETTE,                       :    MAY 22, 2017
     Defendant.
```

**JOINT MOTION FOR ORDER REGARDING SETTLEMENT DISCUSSIONS**

Following the April 17, 2017 settlement conference before Magistrate Judge Robert A. Richardson, the parties engaged in additional settlement discussions, through counsel, and agreed that plaintiff would provide billing records in support of his attorney's fee claim and defendant would produce an affidavit regarding his finances, on the condition that, pursuant to Rule 408 of the Federal Rules of Evidence the documents and information exchanged would be considered a part of the mediation process.  Specifically, the parties agreed that plaintiff's attorney's fee claim information and the affidavit executed by the defendant, is for settlement purposes only and will not be used for any other purpose including at trial or in post-trial proceedings including an application for attorney's fees under 42 U.S.C. § 1988, directly or indirectly, nor will the

1

contents of those documents be publicly disclosed.  This motion is without prejudice to any rights or remedies available to the parties relating to these issues under applicable law outside the mediation process.

WHEREFORE, the parties respectfully request a Court order that that plaintiff's attorney's fee claim information and the affidavit executed by the defendant, is for settlement purposes only and will not be used for any other purpose including at trial or in post-trial proceedings including an application for attorney's fees under 42 U.S.C. § 1988, directly or indirectly, nor will the contents of those documents be publicly disclosed.

                                      DEFENDANT, EVAN COSSETTE

                                      BY/ss/James N. Tallberg
                                         James N. Tallberg
                                         Federal Bar No.: ct17849
                                         Karsten & Tallberg, LLC
                                         500 Enterprise Dr., Suite 4B
                                         Rocky Hill, CT 06067
                                         T: (860)233-5600
                                         F: (860)233-5800
                                         jtallberg@kt-lawfirm.com

```
                              PLAINTIFF, PEDRO TEMICH

                              BY/ss/William Bloss
                                 William Bloss
                                 Koskoff, Koskoff & Bieder
                                 350 Fairfield Avenue
                                 Bridgeport, CT 06604
                                 Telephone (203)583-8634
                                 BBloss@koskoff.com
```

## **CERTIFICATION**

I hereby certify that on May 22, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

```
                                     /ss/James N. Tallberg
                                     James N. Tallberg
```

3

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030