```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

PEDRO TEMICH,                        :    NO. 3:11CV00958(DJS)
      Plaintiff,                     :
                                     :
vs.                                  :
                                     :
EVAN COSSETTE,                       :    JANUARY 4, 2018
      Defendant.
```

## **STIPULATION OF DISMISSAL**

The undersigned hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action shall be dismissed, with prejudice and without costs to any party.

```
                              PLAINTIFF, PEDRO TEMICH

                              BY/ss/William Bloss
                                 William Bloss
                                 Koskoff, Koskoff & Bieder
                                 350 Fairfield Avenue
                                 Bridgeport, CT 06604
                                 Telephone (203)583-8634
                                 BBloss@koskoff.com


                              DEFENDANT, EVAN COSSETTE

                              BY/ss/James N. Tallberg
                                 James N. Tallberg
                                 Federal Bar No.: ct17849
                                 Karsten & Tallberg, LLC
                                 500 Enterprise Dr., Suite 4B
                                 Rocky Hill, CT 06067
                                 T: (860)233-5600
                                 F: (860)233-5800
                                 jtallberg@kt-lawfirm.com
```

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

## **CERTIFICATION**

I hereby certify that on January 4, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/ss/James N. Tallberg
James N. Tallberg

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030